UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC GUTIERREZ AND PURIFICACION M. INFANTE,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., ET AL.<br><br>Defendants. | No. 2:13-cv-01695-TLN-AC<br><br><br>**NOTICE OF RELATED CASE ORDER** |
| PURIFICACION M. INFANTE and ISAAC GUTIERREZ ,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., ET AL.<br>Defendants. | No. 2:14-cv-01246-MCE-CKD |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same plaintiffs, are based on the same claims, the same event, similar questions of fact, and the same questions of law. Therefore, it would entail a substantial duplication of labor if these actions were heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1     IT IS THEREFORE ORDERED that the action denominated 2:14-cv-01246-MCE-CKD, is hereby reassigned to District Judge Troy L. Nunley, and Magistrate Judge Allison Claire for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:14-cv-01246-TLN-AC.

    IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue an Order Requiring a Joint Status Report for the undersigned.

Dated: August 21, 2014

*(signature)*
Troy L. Nunley
United States District Judge